■ TERESA MOORE et al., Respondents, v CITY OF NEW YORK, Respondent, and NEW YORK COLLEGE OF PODIATRIC MEDICINE et al., Appellants, et al., Defendant. [873 NYS2d 229]—Appeal from an order, Supreme Court, New York County (Eileen A. Rakower, J.), entered January 17, 2008 unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Catterson, Acosta and DeGrasse, JJ. [See 2008 NY Slip Op 30123(U).]